**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC MICHAEL CASTILLO,<br><br>     Petitioner,<br><br>  v.<br><br>JAMES ROBERTSON, Warden,<br><br>     Respondent. | Case No. EDCV 20-0346-JVS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

  The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge, which recommends that judgment be entered denying the Petition and dismissing this action with prejudice. See 28 U.S.C. § 636(b)(1). On April 26, 2021, Petitioner filed Objections to the R. & R., in which he mostly simply repeats arguments from his Petition and Traverse; Respondent did not file a response.

  Petitioner doesn't object at all to the Magistrate Judge's findings that the state court reasonably denied his claim that insufficient evidence supported his criminal-threats conviction (see R. & R. at 32-38) and that his unexhausted ineffective-assistance-of-counsel and sentencing claims aren't even colorable

1

and should therefore be denied on the merits (see id. at 38-45). He continues to argue, however, that his first-degree-murder conviction was based on insufficient evidence, insisting that the sole eyewitness's testimony was unreliable or supported his innocence. (See Objs. at 2-5.) But he concedes that the testimony of a single witness can be sufficient to prove a disputed fact (see id. at 3), and for the reasons discussed in the R. & R. (see R. & R. at 25-31), the eyewitness's identification testimony was sufficient to establish Petitioner's identity as the shooter and was amply corroborated by other evidence. And as the Magistrate Judge also recognized, the evidentiary weaknesses Petitioner highlights, including those involving the lineup[1] (see Objs. at 3-5), were presented to the jury, which nevertheless found that he was the shooter (see R. & R. at 29-31).

Having reviewed de novo those portions of the R. & R. to which Petitioner objects, the Court agrees with and accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 20, 2021

JAMES V. SELNA
U.S. DISTRICT JUDGE

---

[1] Despite Petitioner's insistence that the lineup was "faulty" (Objs. at 3), the Magistrate Judge correctly noted that he never raised a separate claim that the lineup was constitutionally deficient and that a reviewing court considering the evidence's sufficiency must consider all the evidence, properly admitted or not (see R. & R. at 29 n.6 (citing McDaniel v. Brown, 558 U.S. 120, 131 (2010)).