JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ISAAC MICHAEL CASTILLO,   ) Case No. EDCV 20-0346-JVS (JPR)
                   )
          Petitioner,  )    **J U D G M E N T**
                   )
        v.          )
                   )
JAMES ROBERTSON, Warden,   )
                   )
          Respondent.  )
                   )
                   )

     Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 20, 2021      _____
                          JAMES V. SELNA
                          U.S. DISTRICT JUDGE